UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>New Hampshire Right to Life</u>

        v.                    Case No. 11-cv-585-PB

<u>US Department of Health & Human Services</u>

### O R D E R

A pretrial conference was held in this case. The parties sole dispute concerns the date by which defendant must produce all non-exempt documents and its Vaughn Index of the withheld documents. The court considered the arguments of counsel with respect to this dispute. Without prejudice to reconsideration upon litigation of plaintiff's motion for a preliminary injunction (doc. no. 10), the court orders defendant to produce all non-exempt documents on or before April 1, 2012, and to produce its Vaughn Index on or before April 15, 2012. In all other respects, the proposed discovery plan is approved and adopted. Trial: Two-week trial period beginning March 5, 2013.

SO ORDERED.

February 24, 2012                                   /s/ Landya McCaffert
                                                        Landya B. McCafferty
                                                         United States Magistrate Judge

cc:     Counsel of Record